UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                      Case No.: 14-25332-LMI

Leonor Lopetegui,                                    Chapter 13

    Debtor.
_____/

## MOTION FOR CONTEMPT

**COMES NOW** the Debtor, by and through his undersigned counsel and moves this Honorable Court for an order finding Ocwen Loan Servicing, LLC and or its assigns, hereinafter also referred to as "Creditor" in contempt of court and as grounds therefore would show:

1. Debtor filed the instant case on or about July 3, 2014.

2. The Debtor is curing the arrearage to the Creditor in her confirmed plan.

3. Ocwen Loan Servicing, LLC and or its assigns, on or about June 1, 2014 mailed to the Debtor a statement dated June 1, 2014 reflecting that an arrearage existed at that time in the amount of $32,338.18.

4. The Debtor's confirmed plan provides for an arrearage amount of $ 32,338.18.

5. On or about December 9, 2014 the Creditor filed a Verified Complaint for Foreclosure of Mortgage, Case number 14-030455 CA 01 against the Debtor and her non-filing spouse, Armando Gonzalez. After the filing of the complaint, on or about December 12, 2014, Debtor's counsel contacted counsel for the creditor by way of a letter faxed to foreclosure counsel, Robertson, Anschutz and Schneid and advised said firm that the Debtor was in a confirmed Chapter 13 plan curing the arrearage on the property and as a result of Debtor's counsel's intervention a Notice of Voluntary Dismissal for the aforementioned complaint was filed on or about December 16, 2014. Attached hereto and incorporated herein is a copy of same.

6. On or about the 9th day of October, 2015 it the same foreclosure firm, for the same creditor filed a Notice of Lis Pendens for the property being cured in the Debtor's confirmed plan. On or about the 20th day of October, 2015 Undersigned caused to have a letter emailed and faxed to Robertson, Anshutz and Schneid stating I was in receipt of the Complaint filed on October 12, 2015 for case number 2015-023539 CA 01, stating that the Debtor was curing the arrearage in her confirmed plan and that the foreclosure was wrongfully filed against the Debtor. Undersigned indicated in the letter that if the foreclosure was not dismissed within two (2) business days that undersigned would file a Motion for Contempt seeking attorney's fees and sanctions. Attached hereto and incorporated herein is a copy of same.

7. On or about October 23, 2015 undersigned received an email from the foreclosure firm stating that someone will get back to Undersigned shortly. Other than that, as of the filing of the instant motion Undersigned has received no other communication from Creditor's counsel.

8. The Debtor has incurred reasonable attorney's fees in bringing and prosecuting the instant Motion.

**WHEREFORE**, for the above reasons the Debtor prays this Honorable Court enter an Order finding the Creditor to be in contempt of court for filing not one (1) but, two (2) foreclosures against the Debtor, while the Debtor is curing the arrearage on said property in a confirmed plan, failing to file a Notice of Voluntary dismissal upon being requested to do so by undersigned counsel, directing the Creditor to file a Notice of Voluntary Dismissal within a date certain and awarding the Debtor reasonable attorney's fees and sanctions.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the **MOTION FOR CONTEMPT** and the Accompanying Notice of Hearing was simultaneously mailed on the 2nd day of November, 2015, to **Nancy N. Neidich**, Chapter 13 Trustee, via NEF, **Ocwen Loan Servicing, LLC, Attn: Vice President Default Servicing Patrick Cox.** P.O. Box 6440, Carol Stream, IL 60197, **Ocwen Loan Servicing, Attn: Patrick Cox, VP Default Servicing**, 1661 Worthington Road, Ste. 100, West Palm Beach, FL 33409, **Jonathan Meisels, Esq.** Robertson, Anschultz and Schneid, P.L., 6409 Congress Avenue, Boca Raton, FL 33487, via fax to 561 997-6909 and via email to j.meisels@rasflaw.com, **The Bank of New York Mellon Attn: CEO Gerald Hassell,** One Wall Street, New York, NY 10286 Certified Mail Cert RRR 7015 1520 0002 9517 1512 and **Debtor** via first class mail.

_____
Freire & Gonzalez, P.A.
Attorneys for Debtor(s)
[ ] Edward Freire, Esq. FBN: 0813771
[X] Laila S. Gonzalez, Esq. FBN: 0975291
10647 N. Kendall Dr.
Miami, FL 33176
Ph. (305) 826-1774
Fax (305) 826-1794
courtdoc@fgbkc.com