

ORDERED in the Southern District of Florida on January 4, 2016.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  Case No. 14-25332-LMI

Leonor Lopetegui  Chapter 13

    Debtor.
_____/

### AGREED ORDER GRANTING IN PART AND DENYING IN PART THE DEBTOR'S MOTION FOR CONTEMPT

**THIS CAUSE** came before the Court without a hearing on the Motion (D.E. 59) (the "Motion") against Ocwen Loan Servicing, LLC ("Ocwen") filed by the debtor, Leonor Lopetegui ("Debtor"). The Court, having reviewed the record in this case, being advised that the violation of the automatic stay set forth in the Motion has been remedied by Ocwen and understanding that Ocwen and Debtor stipulate and agree to the following, hereby,

    **ORDERS and ADJUDGES:**

1. The Motion is Granted in Part and Denied in Part, as set forth herein.

2. Within 30 days of the date of the entry of this Order, Ocwen shall pay the attorney's fees of Debtor's counsel in the amount of $2,347.50 for fees incurred in connection with the Motion.
3. In light of the remedial steps taken by Ocwen in connection with the stay violation, the Court does not find Ocwen in contempt.
4. The automatic stay remains in effect in this case and Ocwen is prohibited from filing a foreclosure action (or otherwise taking any action in violation of the automatic stay) during the pendency of this case unless and until an order granting relief from the automatic stay has been granted in favor of Ocwen.
5. The Court retains jurisdiction to enforce the terms of this order.

###

[Copy furnished to Laila S. Gonzalez, Esq. as counsel for Debtor]